## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RALPH J. PHELLEPS, JR., | : | Civil Action No. 4:14-CV-1237 |
| CAROLYN | : | |
| PIACQUADIO-SWEENEY, | : | |
| *Executrix of the Estate of* | : | |
| *Ralph J. Phelleps, Jr.* | : | |
| | : | |
| Plaintiff, | : | (Judge Brann) |
| | : | |
| v. | : | |
| | : | |
| CAROLYN COLVIN, | : | |
| *Commissioner of Social Security,* | : | |
| | : | (Magistrate Judge Cohn) |
| | : | |
| Defendant. | : | |

## ORDER

And now, this 10th day of February 2016, having reviewed the thorough

report and recommendation of Magistrate Judge Gerald B. Cohn together with the

letter from the Commissioner waiving the opportunity to object, the report and

recommendation of the magistrate judge is ADOPTED.  September 24, 2015, ECF

No. 10.   The decision of the Commissioner is REVERSED and REMANDED.

The Clerk is directed to close the case file.


BY THE COURT:


 s/ Matthew W. Brann

Matthew W. Brann
United States District Judge